**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| RANDALL R. KASTNER AND JANE A. KASTNER, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WINCHESTER NORTH BEACH TOWERS, LLC, WINCHESTER NORTH BEACH MANAGEMENT CORP., CENTURY 21 BOLING & ASSOCIATES, INC., THE HOFFMAN GROUP, MARK BOLICK, and MEREDITH McWHORTER, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>_____) | Civil Action no.: 09-cv-02585-TLW<br><br><br><br><br>**STIPULATION OF DISMISSAL** |

The Plaintiffs represented by Clay C. Olson and Daniel M. Bradley; the Defendants, Winchester North Beach Towers, LLC, and Winchester North Beach Management Corp., represented by David B. Miller and Mary Anna Neill; the Defendants, Century 21 Boling & Associates, Mark Bolick and Meredith McWhorter, represented by John M. Leiter; and the Defendant, The Hoffman Group, represented by Linda Weeks Gangi, came before this Court and announced to the Court that above-captioned action has been settled. Therefore, with the agreement of the parties, the above-captioned action should be dismissed with prejudice with each party paying any attorney's fees and costs it has incurred with regard to same.

[CONSENTS ON FOLLOWING PAGES]

**RANDALL R. KASTNER AND JANE A. KASTNER VS. WINCHESTER NORTH BEACH TOWERS, LLC, ET AL.**
**CIVIL ACTION NO: 09-CV-02585-TLW**
**STIPULATION OF DISMISSAL**

I CONSENT:

OLSON GOOD


s/C. Clay Olson
C. Clay Olson
Attorney for the Plaintiff
501 Bramson Court, Suite 100
Mt. Pleasant, SC 29464
(843) 654-1022 (p)
(843) 884-3800 (f)
clay.olson@olsonfirm.com
Federal Court ID #: 7942


I CONSENT:

OLSON GOOD

s/Daniel M. Bradley
Daniel M. Bradley
Attorney for the Plaintiffs
501 Bramson Court, Suite 100
Mt. Pleasant, SC 29464
(843) 654-1022 (p)
(843) 884-3800 (f)
Federal Court ID#: 9457

**RANDALL R. KASTNER AND JANE A. KASTNER VS. WINCHESTER NORTH BEACH TOWERS, LLC, ET AL.**
**CIVIL ACTION NO: 09-CV-02585-TLW**
**STIPULATION OF DISMISSAL**

I CONSENT:

BELLAMY, RUTENBERG, COPELAND, EPPS
 & GRAVELY


s/David B. Miller
David B. Miller
Attorney for the Defendants
Winchester North Beach Towers, LLC
Winchester North Beach Management Corp.
Post Office Box 357
Myrtle Beach, SC 29578
(843) 448-2400 (p)
(843) 448-3022 (c)
dmiller@bellamylaw.com
Federal Court ID#: 5314


I CONSENT:

BELLAMY, RUTENBERG, COPELAND, EPPS
 & GRAVELY


s/Mary Anna Neill
Mary Anna Neill
Attorney for the Defendants
Winchester North Beach Towers, LLC
Winchester North Beach Management Corp.
Post Office Box 357
Myrtle Beach, SC 29578
(843) 448-2400 (p)
(843) 448-3022 (c)
mneill@bellamylaw.com
Federal Court ID#: 7294

**RANDALL R. KASTNER AND JANE A. KASTNER VS. WINCHESTER NORTH BEACH TOWERS, LLC, ET AL.**
**CIVIL ACTION NO: 09-CV-02585-TLW**
**STIPULATION OF DISMISSAL**

I CONSENT:

JOHN M. LEITER LAW OFFICES


s/John M. Leiter
John M. Leiter
Attorney for the Defendants
Century 21 Boling & Associates, Inc.
Mark Bolick and Meredith McWhorter
1203 48th Avenue North, Suite 109
Myrtle Beach, SC 29577
(843) 449-1451 (p)
(843) 449-4884 (f)
jleiter@48th.com
Federal Court ID#: 2646

**RANDALL R. KASTNER AND JANE A. KASTNER VS. WINCHESTER NORTH BEACH TOWERS, LLC, ET AL.**
**CIVIL ACTION NO: 09-CV-02585-TLW**
**STIPULATION OF DISMISSAL**

I CONSENT:

THOMPSON & HENRY, P.A.


s/Linda Weeks Gangi
Linda Weeks Gangi
Attorney for the Defendant
The Hoffman Group
Post Office Box 1740
Conway, SC 29528-1740
(843) 248-5741 (p)
(843) 248-5112 (f)
lgangi@thompsonlaw.com
Federal Court ID #: 2028

**RANDALL R. KASTNER AND JANE A. KASTNER VS. WINCHESTER NORTH BEACH TOWERS, LLC, ET AL.**
**CIVIL ACTION NO: 09-CV-02585-TLW**
**STIPULATION OF DISMISSAL**

I CONSENT:

KELAHER, CONNELL & CONNOR, P.C.


s/Gene M. Connell, Jr.
Gene M. Connell, Jr.
Attorney for the Plaintiffs
Post Office Drawer 14547
Surfside Beach, SC 29587-4547
(843) 238-5648 (p)
(843) 238-5050 (f)
gconnell@classactlaw.net
Federal Court ID#: 236